M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Marguerite L.R.H. Brooks )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:08cv012-MHT
All Involved )   (To be supplied by Clerk of U.S. District
_____ )   Court)
_____ )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED
JAN - 2 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☒

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.   Parties to this previous lawsuit:

           Plaintiff (s) _____

           _____

           Defendant(s) _____

           _____

       2.   Court (if federal court, name the district; if state court, name the county)

           _____

           _____

3. Docket number *CR-97-2035*

4. Name of judge to whom case was assigned *Ex- Judge William R. Gordon*

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) *Dismissed*

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Julia Tutwiler Prison for Women*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Julia Tutwiler Prison for Women*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Department of Corrections | |
| 2. | Parents of The Tube | |
| 3. | Authority | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Parents of Tube*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _Rape_____

_____

SUPPORTING FACTS:_____

_____

_____

_____

_____

_____

GROUND THREE: _Stalked_____

_____

SUPPORTING FACTS:_____

_____

_____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Allow Me, Marguerite Louise Richards Hardy Brooks to speak first and Granted all I, Marguerite ask for of this matter

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
            (Date)

_____
Signature of plaintiff(s)

Marguerite Louise Richards # Hardy Brooks A131/71716
Julia Tutwiler Prison for Women CR-97-2035
8966 U. S. Highway 231 Case Num. 03-23-93U920022223
Wetumpka, AL 36092  12-9-07
PC9579
Dorm F Bed L-3-1 Btop at Tvaslea

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Judge Susan Russ Walker
United States District Court
P.O. Box 711
Montgomery, Alabama, 36101-0711

36101+0711-11  2007

Judge
Susan Russ Walker    CR-97-2035

State police 77 Rash & TV area
State uniform # 513
Prison AIS 171716, old AIS P0067570
Case Num: 03-23-93N9200 2223
December 9, 2007
Dorm F Bed J-3-1B Top at TV area

Prison AIS 171716 / Marguerite Louise Richards Hardy Brooks. Am the person you need to see for USA production. Iri Marguerite,
Prison AIS 171716 / Marguerite Louise Richards Hardy Brooks.

RECEIVED
2008 JAN -2 A 9:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court

State Prison # 513
Prison AIS 171716 CR-97-2035
Case 03-23-93 W9R002223
Old AIS P0067570
Dorm 7 Bed 2-3-13 Top #TTV area
December 4, 2007

Prison AIS 171716 Marguerite Louise Richards Hardy Brooks Am Fighting for the following possessions of Confiscation USA

U.S.A.   U.S.   XYZ Final Draw Retired MoB UUK9KI

Prison ais 171716 Marguerite Louise Richards Hardy Brooks.

☺ VB. PQX, PXQ, QPX, QXP, XUV, XVU, UVX, UXV, VUX, VXU xyz³ Power xyz UU K9KI All. XPQ, XQP, xzy, zxy, zyx, yxz, yzx All possessions all over the United States of America, plus my life Rundown from Julia Tutwiler Prison for Women from April 1993 until the day I Marguerite Leave Julia Tutwiler Prison for Women.

Prison ais 171716 Marguerite Louise Richards Hardy Brooks.

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 223-7308

January 4, 2008

2008 JAN -9  A 9: 22

Marguerite Louise Brooks
AIS 171716
Julia Tutwiler Prison for Women
8966 U. S. Highway 231 North
Wetumpka, AL 36092

**Re: Civil Complaint, 2:08-cv-00012-MHT**

Dear Ms. Brooks:

On January 2, 2008 we received and filed your Complaint. We need you to provide an original ink signature to the signature page of your Complaint. This page is not signed.

Please find the enclosed signature page, and sign it **in ink**. Then return the page to our office as soon as possible.

Feel free to contact the Clerk's Office is we can be of further assistance.

Sincerely,

DEBRA P. HACKETT, CLERK

By: *[signature]*
Deputy Clerk

DPH/br

Encl. Signature page

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Allow me, Marguerite Louise Richards Hardy Brooks to speak first and Granted all I Marguerite ask for of this matter

X Marguerite Louise Richards Hardy Brooks 171716
   Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2008
               (Date)

X Marguerite Louise Richards Hardy Brooks 171716
   Signature of plaintiff(s)

AIS 171716 v/ Margeurite Louise Richards Hardy Brooks 171716
CR-91-2035 03-23-93 W92002223 1-7-2008
Md AIS P006-1570 UUK9KI
Julia Tutwiler Prison for Women
8966 U.S. Highway 231 N.
WETUMPKA ALABAMA, 36092-5343
AIS 171716 v/ Margeurite Louise Richards Hardy Brooks

MONTGOMERY AL 361
08 JAN 2008 PM 2 T

Circuit Clerk
United States District Court
P.O Box 711
Montgomery Alabama. 36101

36101+0711 B007