IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGUERITE L. R. H. BROOKS, #171716, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   CIVIL ACTION NO. 2:08cv12-MHT |
| ALL INVOLVED, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 15, 2008 (doc. no. 3), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE, this the 5th day of February, 2008.

                                                /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE